recovery in this case. We think that the proof does not justify a recovery to exceed seventy-two dollars. Therefore, the decree of the Surrogate's Court of Richmond county is modified accordingly, and as so modified is affirmed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of THOMAS J. DURKIN, as Committee of the Person and Estate of JAMES A. DURKIN, an Incompetent Person, Appellant. LOUIS BAUM, Respondent.— Order affirmed, with ten dollars costs and disbursements. The order requiring the committee to account was entirely right, since the committee should render a final account of his proceedings to the court by which he was appointed. (Code Civ. Proc. § 2344, as amd. by Laws of 1908, chap. 271.)* Jenks, P. J., Mills, Putnam and Kelly, JJ., concur; Blackmar, J.: I dissent. The petitioner is simply a general creditor of the estate, and has no standing to call the committee to account. The property and right are vested in the administrator.

RIXIE C. LATOUR, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JAMES MACARTHUR, Appellant, v. FREDERICK E. TEVES and SUSAN M. TEVES, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

GEORGE POVELLO, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order of the County Court of Orange county reversed, with costs, and motion denied, with ten dollars costs. The case presented to the court did not comply with the rules for granting new trials upon newly-discovered evidence. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER KAISER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REFORMED DUTCH CHURCH OF POUGHKEEPSIE, Owner, and Others, Respondents, v. JOHN P. HANNIGAN and Others, Being the Board of Review of Assessments of the City of Poughkeepsie, Appellants.— Order reversed, with ten dollars costs and disbursements, and assessment confirmed, for the reason that the relators' property, although owned by a religious corporation, was not used for religious purposes, nor was such use contemplated by the relator. (*Pratt Institute* v. *City of New York*, 99 App. Div. 525; affd., 183 N. Y. 151; *People ex rel. Young Men's Assn.* v. *Sayles*, 32 App. Div. 197; affd., 157 N. Y. 677; *People ex rel. Missionary Sisters* v. *Reilly*, 85 App. Div. 71; affd., 178 N. Y. 609.) Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ROCKLAND COUNTY TRUST COMPANY, Respondent, v. ROBERT SCHMITT, Defendant, Impleaded with HELEN OVERMEYER, Appellant.— Judgment

---

* See, also, Laws of 1915, chap. 632.— [REP.

and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOSEPH ROMPEL, Respondent, v. PETER SCHUBART, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

LENA SPERBER, Respondent, v. DAVID GRANAT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

ABRAM P. TYSON, Appellant, v. EDWARD M. WARDER and Others, etc., Individually and . as Copartners, etc., Respondents.— The proceedings before the commissioner before whom the plaintiff was called were not of such a nature as to afford a basis for an action for malicious prosecution. Judgment and order unanimously affirmed, with costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

CATHERINE M. WAGNER, Respondent, v. ORDER OF THE UNITED COMMERCIAL TRAVELERS OF AMERICA, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the finding implied in the verdict of the jury that the death of the insured was not due to (1) intentionally self-inflicted wounds, (2) voluntary exposure to danger, or (3) a violation of any law, was against the weight of the evidence. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

FRED S. BRYANT and EMMA H. BRYANT, Appellants, v. ANNA H. SHAW, Respondent, Impleaded with EDNA B. LEWIS and Others, Defendants.— Motion denied, with ten dollars costs, upon the ground that the decision of the demurrer does not necessarily dispose of the action. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOHN C. DONOVAN, Appellant, v. JOHN C. MABEN, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

CHARLES KARSH, Respondent, v. WALTER SCHEDLER, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

KELLY ASPHALT BLOCK COMPANY, Respondent, v. BROOKLYN ALCATRAZ ASPHALT COMPANY, Appellant.— Plaintiff's motion for reargument denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ. [See ante, p. 915.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER KAUPAS, Appellant.— Motion denied. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

JOHN HARRY BERK, Appellant, v. KATE D. BERK, Respondent.— Order modified so as to allow no alimony, and only $250 counsel fee, and as modified affirmed, without costs, upon the ground that the weight of the evidence indicates that the defendant wife is possessed of ample means to support herself, and has become, and now is, the owner of practically all the property which the plaintiff husband has accumulated. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

FREDERICK O. BLENCKSTONE, Appellant, v. SYDNEY A. SYME, Respond-